UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION:  18 U.S. C. § 1343 |
| | : | (Wire Fraud) |
| **SEAN JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

INFORMATION

The United States Attorney informs the Court that:

Count One

I.      Introduction

At all times material to this Information:

1.      Computer World Services Corporation was a business with an office in the District of Columbia.

2.      Between on or about the dates of August 7, 2006 and August 7, 2007, the defendant, SEAN JACKSON, was employed by Computer World Services as an Assistant Controller.

3.      As a part of his duties, SEAN JACKSON was responsible for day-to-day accounting operations, including monthly and year-end close and management reporting.  His duties required him to oversee budgeting, general ledger, accounts payable and receivable, payroll, fixed asset management, and other similar tasks.  He was responsible for entering transactions into the accounting system and reconciling the bank account.

4.      In order to accomplish his duties, the defendant, SEAN JACKSON had pay-by-phone access to a Sun Trust Bank account in which funds belonging to Computer World Services

Corporation were held. Using this access, SEAN JACKSON made numerous payments on a credit card account that was held in the name of SEAN JACKSON's wife. The defendant SEAN JACKSON entered the withdrawals in the Computer World Services Corporation accounting system and coded the other side of the transactions against a variety of accounts in the Computer World Services general ledger.

5. At no time was defendant SEAN JACKSON authorized to make withdrawals or transfers of any kind from the aforementioned account of Computer World Services Corporation to make payments toward any privately-held personal credit card, whether held in his own name, his wife's name, or any other friend, family member, or personal associate.

II. <u>Wire Fraud Scheme</u>

6. From on or about October 2006 through on or about August 2007, in the District of Columbia, the defendant, SEAN JACKSON, voluntarily and intentionally devised and executed a scheme to defraud Computer World Services out of money, that is, funds in an amount of $67,320.70, under circumstances in which it was reasonably foreseeable that interstate wire communications would be used, and in which case interstate wire communications were in fact used, in violation of 18 U.S.C. § 1343.

7. In the execution of this scheme, the defendant, SEAN JACKSON, made electronic transactions transferring financial assets of Computer World Services Corporation to make payments either directly or indirectly toward his own personal expenses, and/or the personal expenses of family members.

(**Wire Fraud,** in violation of 18 United States Code § 1343)

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        FOR THE DISTRICT OF COLUMBIA
        Unified Bar Number 498610


By: _____/s/_____
        William L. Woodruff
        Assistant United States Attorney
        DC Bar: 481-039
        Federal Major Crimes Section
        555 4th St., N.W., Room 4840
        Washington, D.C. 20530
        (202) 307-6080
        William.Woodruff2@usdoj.gov